DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LUIS GALAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D22-3010

_____

November 15, 2023

Appeal from the Circuit Court for Sarasota County; Rochelle T. Curley, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Michael W. Mervine, Senior Assistant Attorney General, Tampa; and Krystle Celine Cacci, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.